Order reversed and appeal to the Appellate Division reinstated, with costs in this court and in the Appellate Division, and matter remitted to the Appellate Division for further proceedings in accordance with the following memorandum: The letters submitted by appellants to the court objecting to provisions in respondents’ proposed order, regarding, among other things, the award of certain counsel fees included therein, is not such participation in the order making process as to come within
 
 People ex rel. Manhattan Stor. d Warehouse Co.
 
 v.
 
 Lilly
 
 (299 N. Y. 281), and
 
 Matter of Stern Bros.
 
 (Livingston) (2 A D
 
 *926
 
 2d 553, affd. 3 N Y 2d 964), even though respondents’ order was so changed as to meet the objection embodied in appellants’ letter.
 

 Concur: Chief Judge Desmokd and Judges Dye, Fuld, Yak Yoobhis, Burke, Foster and Scilepfi.